UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH ESWARAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MCTIGHE,<br><br>　　　　Defendant. | No. 2:25-cv-02282-DAD-CKD (PS)<br><br>ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff Suresh Eswaran (Doc. No. 2) is hereby referred to United States Magistrate Judge Carolyn K. Delaney for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

　　　　IT IS SO ORDERED.

Dated: **August 12, 2025**　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1