UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURESH ESWARAN,

     Plaintiff,

  v.

ROBERT MCTIGHE,

     Defendant.

No. 2:25-cv-02282-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

(Doc. Nos. 2, 9)

Plaintiff Suresh Eswaran is proceeding *pro se* in this civil action which he initiated by filing his complaint in this court on August 12, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for temporary restraining order (Doc. No. 2) be denied. (Doc. No. 9.) Specifically, the magistrate judge concluded that plaintiff's motion failed to comply with Federal Rule of Civil Procedure 65 or Local Rule 231 and therefore must be denied. (*Id.* at 4–5.) The magistrate judge further concluded that plaintiff has failed to demonstrate a likelihood of success on the merits because his allegations in support of his motion were conclusory in nature. (*Id.* at 5.) Finally, the magistrate judge concluded that plaintiff failed to show a likelihood of irreparable harm because there is no indication that plaintiff is at risk of

1

imminent harm because he delayed for nineteen months before filing his pending motion. (*Id.* at 6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on August 14, 2025 (Doc. No. 9) are ADOPTED in full;

2. Plaintiff's motion for temporary restraining order (Doc. No. 2) is DENIED; and,

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **March 16, 2026**  _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE